**DISMISS; and Opinion Filed January 26, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00830-CV

### KASEY KRUMMEL, Appellant
### V.
### LEEZA GABRIELLA VAYNMAN, Appellee

**On Appeal from the 360th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 360-615418-17**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. By postcard dated October 17, 2017, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. On October 26, 2017, we granted appellant's request to extend time to file her brief and ordered her brief filed by November 25, 2017. To date, appellant has not filed a brief, filed a second extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


170830F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KASEY KRUMMEL, Appellant

No. 05-17-00830-CV     V.

LEEZA GABRIELLA VAYNMAN,
Appellee

On Appeal from the 360th District Court,
Tarrant County, Texas
Trial Court Cause No. 360-615418-17.
Opinion delivered by Justice Lang-Miers.
Justices Myers and Boatright participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LEEZA GABRIELLA VAYNMAN recover her costs of this appeal from appellant KASEY KRUMMEL.

Judgment entered this 26th day of January, 2018.